[No. 11008-0-I. Division One. June 20, 1983.]

*In the Matter of the Personal Restraint of*
EUGENE PARKER, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished opinion per Durham, A.C.J., concurred in by Swanson and Williams, JJ.

[No. 11244-9-I. Division One. June 20, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL CRAIG HARDWICK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-01739-4, Liem E. Tuai, J., entered December 29, 1981. *Remanded* by unpublished opinion per Durham, A.C.J., concurred in by Swanson and Corbett, JJ.

[No. 11260-1-I. Division One. June 20, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT C. WOLFF, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-8-01339-4, James A. Noe, J., entered December 23, 1981. *Affirmed* by unpublished opinion per Callow, J., concurred in by Durham, A.C.J., and Swanson, J.